UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID CHADSEY,

    Plaintiff,

vs.                                Case No. 8:09-cv-02472-T-30TGW

G.A. BRAUN, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL

Plaintiff and Defendant, by and through their undersigned attorneys of record, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, stipulate for the dismissal with prejudice of this litigation, and jointly move for entry of judgment of dismissal with prejudice.

                                                Respectfully submitted,

HANCOCK & ESTABROOK, LLP                PETERSON & MYERS, P.A.

By: _____                     By: _____
John T. McCann                                          Stephen R. Senn
JMcCann@hancocklaw.com                   Florida Bar No. 0833878
1500 AXA Tower 1                                 SSenn@PetersonMyers.com
100 Madison Street                             Post Office Box 24628
Syracuse, New York 13202                 Lakeland, FL 33802-4628
Telephone: (315) 471-3151                 Telephone: (863) 683-6511
Facsimile: (315) 471-3167                 Facsimile: (863) 682-8031
Attorneys for Defendant,                    Attorneys for Plaintiff,
G.A. Braun, Inc.                                    David Chadsey

This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **9** day of **September**, 20**10**.

_____
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE